# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00431-CV

### S. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 16-0065-425CPS, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant S. B. filed her notice of appeal on June 26, 2017. The appellate record was complete September 5, 2017, making appellant's brief due September 25, 2017. On September 14, 2017, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than October 16, 2017. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on September 20, 2017.

Before Justices Puryear, Field, and Bourland